

October 18, 2021

**VIA E-MAIL**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Hosea-Small v. Oath Inc.</u>, No. 1:21-cv-05191-NRB

Dear Judge Buchwald:

We represent Plaintiff Brittany Hosea-Small ("Plaintiff") in the above-captioned case and write to respectfully request that the Court extend the deadline to file a Stipulation of Dismissal by an additional twenty-one (21) days, until November 10, 2021. There are no current conferences scheduled.

(1) the current deadline to file a Stipulation of Dismissal is October 20, 2021 [Dkt. No. 16];

(2) Plaintiff requests the extension because, despite best efforts, the parties have not yet consummated their settlement transaction

(3) Plaintiff has not made a previous request for an extension;

(4) Defendant Oath, Inc. consents to the requested relief.

Respectfully submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

*Handwritten annotation:* Application granted. Naomi Reice Buchwald, USDJ 10/19/21

Liebowitz Law Firm, PLLC